```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 44851
   WILLIS MCDONALD
   SHIRLEY ANN MCDONALD                         CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-2682      SSN XXX-XX-5376

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/06/2005 and was confirmed 01/26/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  19.50% from remaining funds.

     The case was paid in full 03/26/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
ORANGE LAKE COUNTRY CLUB  SECURED NOT I         .00            .00            .00
CITIFINANCIAL MORTGAGE C  CURRENT MORTG         .00            .00            .00
MTGLQ INVESTORS LP        CURRENT MORTG         .00            .00            .00
LITTON LOAN SERVICING     SECURED NOT I         .00            .00            .00
NEW HOMES IN AMERICA      SECURED NOT I   NOT FILED            .00            .00
ORANGE LAKE COUNTRY CLUB  UNSECURED       NOT FILED            .00            .00
RENT A CENTER             SECURED            1000.00           .00         1000.00
TOYOTA MOTOR CREDIT       SECURED           18000.00         3490.61      18000.00
WELLS FARGO AUTO FINANCE  SECURED           13808.54         2677.74      13808.54
WELLS FARGO AUTO FINANCE  UNSECURED       NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY           1067.57           .00         1067.57
CAPITAL ONE               UNSECURED           378.14           .00           73.72
LOYOLA UNIVERSITY PHYSIC  UNSECURED          3148.00           .00          613.70
CITIFINANCIAL MORTGAGE C  MORTGAGE ARRE      6322.52           .00         6322.52
MTGLQ INVESTORS LP        MORTGAGE ARRE         .00            .00            .00
B-LINE LLC                UNSECURED          2010.36           .00          391.92
ALARM COMMUNICATIONS      UNSECURED       NOT FILED            .00            .00
AMERICAN NATIONAL INSURA  UNSECURED       NOT FILED            .00            .00
BUREAU OF COLLECTION REC  NOTICE ONLY     NOT FILED            .00            .00
CAPITAL ONE               UNSECURED       NOT FILED            .00            .00
B-LINE LLC                UNSECURED           506.27           .00           98.70
CITY OF CHICAGO PARKING   FILED LATE          580.00           .00            .00
EMERGENCY & AMBULATORY C  UNSECURED       NOT FILED            .00            .00
EMERGENCY PHYS MGMT SERV  UNSECURED       NOT FILED            .00            .00
EMERGENCY PHYS MGMT SERV  UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED           386.27           .00           75.30
ARROW FINANCIAL SERVICES  UNSECURED           846.98           .00          165.12
LAKE SHORE CARDIOLOGY GR  UNSECURED       NOT FILED            .00            .00
NUVELL CREDIT CO LLC      UNSECURED         12925.87           .00         2519.90
PATHOLOGY CHP SC          UNSECURED       NOT FILED            .00            .00
RESURRECTION HEALTH CARE  UNSECURED       NOT FILED            .00            .00
S & S LENDING             UNSECURED          1584.66           .00          308.93
```

```
ECMC                         UNSECURED       7055.07           .00       1375.39
SAN DIEGO COUNTY             UNSECURED       2152.00           .00        419.53
ST JOSEPH HOSPITAL           UNSECURED     NOT FILED           .00           .00
INTERNAL REVENUE SERVICE     UNSECURED        362.62           .00         70.69
LITTON LOAN SERVICING        SECURED NOT I      .00            .00           .00
TOYOTA MOTOR CREDIT          UNSECURED       1703.17           .00        332.03
ECAST SETTLEMENT CORP        UNSECURED        303.84           .00         59.23
HSBC AUTO FINANCE            UNSECURED       8217.69           .00       1602.04
RESURGENT CAPITAL SERVIC     UNSECURED        342.81           .00         66.83
KAREN WALIN                  DEBTOR ATTY    1,400.00                    1,400.00
TOM VAUGHN                   TRUSTEE                                    4,197.99
DEBTOR REFUND                REFUND                                     1,994.00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                62,132.00

PRIORITY                                     1,067.57
SECURED                                     39,131.06
    INTEREST                                 6,168.35
UNSECURED                                    8,173.03
ADMINISTRATIVE                               1,400.00
TRUSTEE COMPENSATION                         4,197.99
DEBTOR REFUND                                1,994.00
                       ---------------      ---------------
TOTALS                 62,132.00            62,132.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 06/26/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                    PAGE   2
     CASE NO. 05 B 44851 WILLIS MCDONALD & SHIRLEY ANN MCDONALD